IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Harley-Davidson Motor Company, Inc., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No.　　25-cv-11102 <br> District Judge　Matthew F. Kennelly <br> Magistrate Judge　Daniel P. McLaughlin |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant WEISEN MOTOR Official Shop, by and through its undersigned counsel, respectfully moves this Court for a 21-day extension of time to file a response to the Complaint, and in support thereof states as follows:

1. Plaintiff filed its Complaint on 9/15/2025 [Dkt. 1].

2. Defendant was served with process on 9/30/2025 [Dkt. 29].

3. Defendant filed its first motion for a time extension [Dkt. 43] after consulting with Plaintiff's counsel.

4. The court granted the motion, extending Defendant's deadline to answer the complaint to 11/12/2025 [Dkt. 44].

5. This Court may, for good cause, extend the time by which Defendant's response is due after the time has expired.

6. Counsel for Plaintiff and Defendant have since engaged in productive settlement discussions.

7. Counsel for Defendant conferred with Plaintiff's counsel on 11/10/2025, and Plaintiff does not oppose this request.

WHEREFORE, Plaintiff respectfully requests that the Court grant this unopposed motion and extend

the deadline for Plaintiff to respond to the Complaint to 12/3/2025.

Dated 11/10/2025                      Respectfully submitted,

*/s/ Paul Kossof*

*Counsel for WEISEN MOTOR Official Shop*
Paul Kossof (ARDC #6319307)
Kossof IPR
1509 Waukegan Road, #1162
Glenview, IL 60025
(224) 433-1553
P.Kossof@KossofIPR.com